STEPHEN T. KAM (Cal. Bar No. 327576)
Email: kams@sec.gov
ALEC JOHNSON (Cal. Bar No. 270960)
Email: johnsonstu@sec.gov
ROBERT C. STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, and PAUL P. EDALAT,<br><br>Defendants. | Case No. 8:22-cv-01792-FWS-DFM<br><br>**STIPULATION UNDER RULE 16(b)(4) FOR AN ORDER MODIFYING THE COURT'S JUNE 4, 2025 ORDER SETTING TRIAL AND ACCOMPANYING DATES (DKT. NO. 87)** |

      Plaintiff Securities and Exchange Commission ("SEC") and Defendants Vivera Pharmaceuticals, Inc. ("Vivera"), EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals ("Sentar"), and Paul P. Edalat ("Edalat") (collectively, the "Parties"), stipulate and agree as follows to modify, for good cause and in accordance with Fed. R. Civ. P. 16(b)(4), the Court's June 4, 2025 Order Setting Trial and Accompanying Dates (Dkt. No. 87).

      On September 30, 2022, the SEC filed the Complaint in the above-captioned action (Dkt. No. 1).

      On November 22, 2022, Edalat and EFT Global filed an Answer to the Complaint (Dkt. No. 13).

      On December 16, 2022, Vivera filed an Answer to the Complaint (Dkt. No. 20).

      On October 24, 2024, the SEC filed a Motion for Summary Judgment as to liability on all claims alleged in the Complaint.

      On November 21, 2024, the defendants filed an opposition to the SEC's Motion for Summary Judgment.

      On November 27, 2024, the SEC filed a reply in support of its Motion for Summary Judgment.

      On May 29, 2025, the Court denied the SEC's Motion for Summary Judgment.

      On June 4, 2025, the Court entered an Order Setting Trial and Accompanying Dates setting, *inter alia*: (i) an October 28, 2025 trial date; (ii) an October 9, 2025 deadline for the final pretrial conference and hearing on motions *in limine*; (iii) a September 25, 2025 deadline for objections to counter designations and counter-counter deposition designations; (iv) a September 18, 2025 deadline for second round of trial filings; (v) a September 11, 2025 deadline for first round of trial filings; and (vi) an August 8, 2025 deadline to complete in-person second settlement conference.

      On June 9, 2025, the Parties conducted a meet and confer and discussed that both sides had significant scheduling conflicts with the schedule set forth in the Court's June 4, 2025 Order. Specifically, (1) counsel for the defendants already have trials in other

cases scheduled for July 2025, October 2025, and January 2026 and expect another trial to be scheduled for March 2026, (2) the first-chair trial attorney representing the SEC is leaving the SEC in July 2025, (3) the second-chair trial attorney representing the SEC is on paternity leave until mid-October 2025, and (4) in the event that the Magistrate Judge in this case grants Edalat relief from having his requests from admission being deemed admitted, the SEC anticipates requesting that the Court issue an order re-opening the discovery period to allow the SEC to supplement the factual record.

The Parties have not sought any previous modification of the Court's June 4, 2025 order.

WHEREAS, the Parties, pursuant to Fed. R. Civ. P 16(b)(4), have shown good cause to request the extension of the deadlines in the Court's June 4, 2025 order setting trial and accompanying dates.

NOW, THEREFORE, the Parties agree and stipulate to the following case management dates:

|  | 06/04/25 Order | Proposed Date |
|---|---|---|
| **Deadline to Complete Settlement Conference** | 8/08/25 | 02/13/26 |
| **Trial Filings (first round)**<br>• Motions *in limine*<br>• *Daubert* Motions<br>• Memoranda of Contentions of Fact and Law<br>• Witness Lists<br>• Joint Exhibit List<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law | 9/11/25 | 03/19/26 |
| **Trial Filings (second round)**<br>• Oppositions to motions *in limine* | 9/18/25 | 04/02/26 |

2

|  |  |  |
|---|---|---|
| <ul><li>Oppositions to *Daubert* motions</li><li>Joint Proposed Final Pretrial Conference Order</li><li>Joint/Agreed Proposed Jury Instructions</li><li>Disputed Proposed Jury Instructions</li><li>Joint Proposed Verdict Forms</li><li>Joint Proposed Statement of the Case</li><li>Proposed Additional Voir Dire Questions</li></ul> |  |  |
| **FPTC and hearing on motions *in limine*** | 10/09/25 | 05/07/26 |
| **Jury Trial (Tuesday at 8:00)** | 10/28/25 | 06/02/26 |
| **Trial Length** | 5-7 days | 5-7 days |

Dated: June 20, 2025                           Respectfully submitted,


/s/ Stephen T. Kam
Stephen T. Kam
Attorney for Plaintiff
Securities and Exchange Commission

/s/ Saied Kashani
Saied Kashani
Attorney for Defendants
Vivera Pharmaceuticals, Inc., EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals and Paul P. Edalat

/s/ John A. Sten
John A. Sten
Attorney for Defendant
Vivera Pharmaceuticals, Inc.

3

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Stephen T. Kam, attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 20, 2025

*/s/ Stephen T. Kam*
Stephen T. Kam
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 20, 2025, I caused to be served the document entitled **STIPULATION UNDER RULE 16(b)(4) FOR AN ORDER MODIFYING THE COURT'S JUNE 4, 2025 ORDER SETTING TRIAL AND ACCOMPANYING DATES (DKT. NO. 87)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 20, 2025                     */s/ Stephen T. Kam*
                                        Stephen T. Kam

*SEC v. Vivera Pharmaceuticals, Inc., et al*
United States District Court—Central District of California
Case No. 8:22-cv-01792-FWS-DFM

**SERVICE LIST**

John A. Sten, Esq. **(served by CM/ECF)**
Byrd Campbell, P.A.
100 State Street, 3rd Floor
Boston, MA 02109
Email: jsten@byrdcampbell.com
*Attorney for Defendant Vivera Pharmaceuticals, Inc.*

Saied Kashani, Esq. **(served by CM/ECF)**
800 W. 1st Street, Suite 400
Los Angeles, CA 90012
Email: saiedkashani@gmail.com; saiedkashani@googlemail.com
*Attorney for Defendants Vivera Pharmaceuticals, Inc., EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals and Paul P. Edalat*