STEPHEN KAM (Cal. Bar No. 327576)
Email:  kams@sec.gov
ROBERT C. STILLWELL (Cal. Bar No. 308630)
Email:  stillwellr@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, and PAUL P. EDALAT,<br><br>Defendants. | Case No. 8:22-cv-01792-FWS-DFM<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR REMEDIES AND ENTRY OF FINAL JUDGMENTS AGAINST DEFENDANTS VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, AND PAUL P. EDALAT**<br><br>Date:        May 21, 2026<br>Time:       10:00 am<br>Ctrm:       Santa Ana, 10D<br>Judge:     Hon. Fred W. Slaughter |

PLEASE TAKE NOTICE THAT on May 21, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Fred W. Slaughter, Courtroom 10D, 411 W. Fourth Street, Santa Ana, California 92701, Plaintiff Securities and Exchange Commission ("SEC") will and hereby does move the Court for entry of final judgment against Defendants Vivera Pharmaceuticals, Inc. ("Vivera"), its CEO and Chairman Paul P. Edalat ("Edalat"), and EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals ("Sentar").

As set forth in the supporting Declaration of Stephen Kam, this motion is made in compliance with L.R. 7-3.  Counsel for the SEC discussed the proposed relief that the SEC is seeking in this motion with counsel for Defendants in December 2025 and January 2026 and made numerous attempts to follow up with counsel for the Defendants between February to April 2026.  However, counsel for the SEC received no response.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declarations of Stephen Kam and Greggory Peat and the exhibits thereto, together with the files and records of this entire case and any evidence and/or argument that may be adduced at a hearing held by the Court on this motion.

Dated:  April 20, 2026

Respectfully submitted,

/s/ Stephen Kam
Stephen Kam
Robert C. Stillwell
Attorneys for Plaintiff
Securities and Exchange Commission

1

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 20, 2026, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR REMEDIES AND ENTRY OF FINAL JUDGMENTS AGAINST DEFENDANTS VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, AND PAUL P. EDALAT** on all the parties to this action addressed as stated on the attached service list:

☐     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 20, 2026          /s/ Stephen Kam

                                      Stephen Kam

***SEC v. Vivera Pharmaceuticals, Inc., et al***
**United States District Court—Central District of California**
**Case No. 8:22-cv-01792-FWS-DFM**


## SERVICE LIST


John A. Sten, Esq. **(served by CM/ECF)**
Byrd Campbell, P.A.
75 Arlington Street, Suite 500
Boston, MA 02116
Email: jsten@byrdcampbell.com
***Attorney for Defendant Vivera Pharmaceuticals, Inc.***


Saied Kashani, Esq. **(served by CM/ECF)**
800 W. 1st Street, Suite 400
Los Angeles, CA 90012
Email: saiedkashani@gmail.com; saiedkashani@googlemail.com
***Attorney for Defendants Vivera Pharmaceuticals, Inc., EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals and Paul P. Edalat***