STEPHEN KAM (Cal. Bar No. 327576)
Email: kams@sec.gov
ROBERT C. STILLWELL (Cal. Bar No. 308630)
Email: stillwellr@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Brent W. Wilner, Associate Director
Stephen Kam, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, and PAUL P. EDALAT,

Defendants.

Case No. 8:22-cv-01792-FWS-DFM

**DECLARATION OF STEPHEN KAM IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR REMEDIES AND ENTRY OF FINAL JUDGMENTS AGAINST DEFENDANTS VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, AND PAUL P. EDALAT**

Date:       May 21, 2026
Time:       10:00 am
Ctrm:       Santa Ana, 10D
Judge:      Hon. Fred W. Slaughter

## DECLARATION OF STEPHEN T. KAM

I, Stephen T. Kam, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I have personal knowledge of the matters set forth herein, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2.    I am an attorney admitted to practice law by the State Bar of California and by this Court.  I am currently the Supervisory Trial Counsel in the Los Angeles Regional Office of Plaintiff Securities and Exchange Commission ("SEC").

3.    I make this declaration in support of the SEC's Motion for Remedies against Defendants Vivera Pharmaceuticals, Inc. ("Vivera"), EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals ("EFT"), and Paul P. Edalat ("Edalat") (collectively, "Defendants").

4.    On December 12, 2025, I contacted Mr. Saied Kashani, lead counsel for the Defendants, and discussed the potential relief that the SEC intended to seek against the Defendants.  I had a further conversation with Mr. Kashani on January 29, 2026 and discussed the potential relief that the SEC intended to seek and whether the Defendants would agree to settle to that relief.  On January 30, 2026, I sent Mr. Kashani a joint stipulation to extend the SEC's deadline to file its motion for remedies to April 20, 2026, which he authorized the SEC to file.  However, after the Court granted the parties' stipulation, Mr. Kashani declined to continue to engage in further discussions with the SEC.  I called Mr. Kashani on several occasions between February and April 2026 to discuss the proposed relief that the SEC intended to seek and to discuss potential resolution of the case but received no response.  I also emailed Mr. Kashani numerous times and received no response.  On April 17, 2026, I finally received an email response from Mr. Kashani, who advised that he would return my call.  However, I did not receive a return phone call.  The SEC has therefore complied with its obligations under L.R. 7-3.

5.    I calculated the prejudgment interest owed on the disgorgement amount

1

on a quarterly basis over the period from June 2020 through September 2022.  The interest rate I used is the same rate used by the Internal Revenue Service to calculate underpayment penalties and is defined as the federal short term rate (also known as the "period rate") plus three percentage points (also known as the "annual rate").  *See* 26 U.S.C. § 6621(a)(2).  When calculating the prejudgment interest, I ignored any partial months at the beginning and the end of the period.

6.	The motion recommends that the Court order civil monetary penalties against each of the Individual Defendants in the amount of $236,451.  The third-tier statutory penalty amount against natural persons is $236,451 per violation.  *See* https://www.sec.gov/enforce/civil-penalties-inflation-adjustments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2026, in Los Angeles, California.

*/s/ Stephen Kam*
Stephen Kam

## **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

> U.S. SECURITIES AND EXCHANGE COMMISSION,
> 444 S. Flower Street, Suite 900, Los Angeles, California 90071
> Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 20, 2026, I caused to be served the document entitled **DECLARATION OF STEPHEN KAM IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR REMEDIES AND ENTRYOF FINAL JUDGMENTS AGAINST DEFENDANTS VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, AND PAUL P. EDALAT** on all the parties to this action addressed as stated on the attached service list:

☐    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 20, 2026 _____    _/s/ Stephen Kam_____
                                                              Stephen Kam

3

*SEC v. Vivera Pharmaceuticals, Inc., et al*
**United States District Court—Central District of California**
**Case No. 8:22-cv-01792-FWS-DFM**

### SERVICE LIST

John A. Sten, Esq. **(served by CM/ECF)**
Byrd Campbell, P.A.
75 Arlington Street, Suite 500
Boston, MA 02116
Email:  jsten@byrdcampbell.com
*Attorney for Defendant Vivera Pharmaceuticals, Inc.*


Saied Kashani, Esq. **(served by CM/ECF)**
800 W. 1ˢᵗ Street, Suite 400
Los Angeles, CA 90012
Email:  saiedkashani@gmail.com; saiedkashani@googlemail.com
*Attorney for Defendants Vivera Pharmaceuticals, Inc., EFT Global Holdings, Inc., d/b/a Sentar Pharmaceuticals and Paul P. Edalat*