_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01792-FWS-DFM                           Date: May 5, 2026
Title: Securities and Exchange Commission v. Vivera Pharmaceuticals, Inc. *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

  Rolls Royce Paschal                                      N/A
   Deputy Clerk                                       Court Reporter

 Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

   Not Present                               Not Present

**PROCEEDINGS: ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE
                COMMISSION'S UNOPPOSED MOTION FOR REMEDIES AND
                ENTRY OF FINAL JUDGMENTS [116]**

        In this case, Plaintiff Securities and Exchange Commission (the "SEC") alleges that
Defendants Vivera Pharmaceuticals, Inc., EFT Global Holdings, Inc., d/b/a Sentar
Pharmaceuticals, and Paul P. Edalat (collectively, "Defendants") violated federal securities
laws. (*See generally* Dkt. 1 (Complaint).)  On November 24, 2025, over vigorous opposition
from Defendants, (*see* Dkts. 93, 95, 98-107), the court granted the SEC's motion for summary
judgment as to Defendants' liability. (Dkt. 111.)  Now before the court is the SEC's Motion for
Remedies and Entry of Final Judgments. (Dkt. 116 ("Motion").)

        The Motion, filed on April 20, 2026, was noticed for hearing on May 21, 2026. (*See
generally* Mot.)  Under this District's Local Rules, Defendants' opposition, if any, was due "not
later than twenty-one (21) days before the date designated for the hearing of the motion," or
April 30, 2026. *See* C.D. Cal. L.R. 7-9.  Now, days after the deadline, Defendants have filed
nothing.  Nor is there any indication an opposition is coming; the SEC represents that "Counsel
for the SEC discussed the proposed relief that the SEC is seeking in this motion with counsel
for Defendants in December 2025 and January 2026 and made numerous attempts to follow up
with counsel for the Defendants between February to April 2026.  However, counsel for the
SEC received no response." (Notice of Mot. at 1.)

_____

**CIVIL MINUTES – GENERAL**                                                         1

_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01792-FWS-DFM                                Date: May 5, 2026
Title: Securities and Exchange Commission v. Vivera Pharmaceuticals, Inc. *et al.*

_____

     Except as to summary judgment motions, the Local Rules state that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." L.R. 7-12. Based on the record, as applied to the relevant law, the court finds it is appropriate to deem Defendants' failure to file any opposition to the Motion, timely or otherwise, as their consent to the court granting the Motion. *See id.* The Motion is therefore **GRANTED**. The court will enter judgment as to each Defendant consistent with this Order.

     Finally, the court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings."); L.R. 7-15 (authorizing courts to "dispense with oral argument on any motion except where an oral hearing is required by statute"). Accordingly, the **hearing** set for **May 21, 2026**, is **VACATED** and **OFF CALENDAR**.

_____