`

SAIED KASHANI SBN 144805
3430 Valley Centre Drive
San Diego, CA  92130
tel. (213) 625 4320
saiedkashani@gmail.com

Attorney for Defendants
VIVERA PHARMACEUTICALS INC.,
PAUL EDALAT and SENTAR
PHARMACEUTICALS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff(s),<br><br>vs.<br><br>VIVERA PHARMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS, and PAUL P. EDALAT,<br><br>    Defendant(s). | Case No.: 8:22-cv-01792-FWS-DFM<br><br>**DEFENDANTS VIVERA PHRAMACEUTICALS, INC., EFT GLOBAL HOLDINGS, INC., d/b/a SENTAR PHARMACEUTICALS AND PAUL P. EDALAT'S OBJECTION TO ENTRY OF MULTIPLE JUDGMENTS AND REQUEST TO VACATE AND DEFER ENTRY OF A SINGLE JUDGMENT**<br><br>Pretrial Conference: May 7, 2026<br>Trial Date: June 2, 2026 |

- 1 -

OBJECTION TO ENTRY OF MULTIPLE JUDGMENTS

`

On May 5, 2026, this Court entered separate judgments in this case as to each of defendants Vivera Pharmaceuticals Inc., EFT Global Holdings Inc. d/b/a Sentar Pharmaceuticals, and Paul Edalat.  The judgments are broadly similar and all proceed from the same case and facts.

The "single-judgment rule" normally requires a single judgment covering all parties and claims.  Entry of a judgment as to fewer than all parties would require a certification under Fed. R. Civ. P. 54(b), which does not apply here because a single judgment can be entered against all defendants.

Here, multiple judgments complicate defendants' right of appeal (is each defendant to file a separate appeal, which greatly increases costs and theoretically could result in separate appeal cases).  The multiple judgments also are unclear as to the payment obligation.  For example, it appears that the intent is that the payment obligation is joint and several, but each judgment specifies each defendant is to pay the same amount, which could be read to imply that each defendant is separately liable for that amount.

For these reasons defendants request the Court to vacate the individual judgments and direct plaintiff to submit a single proposed judgment covering all three defendants and clarifying that the payment obligation is a single amount for which defendants are jointly and severally liable.

Dated: May 5, 2026.

_____

Saied Kashani
Attorney for Defendants
Paul Edalat, Vivera and Sentar

- 2 -

OBJECTION TO ENTRY OF MULTIPLE JUDGMENTS

`

The foregoing was served on all parties in this action on May 5, 2026 via the Court ECF system.

<u>Saied Kashani</u>
Saied Kashani

OBJECTION TO ENTRY OF MULTIPLE JUDGMENTS